```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 25239
  MANUEL R. MONREAL
  LISA M. MONREAL                        CHAPTER 13

                                         JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-5604     SSN XXX-XX-1191

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/23/08 .

     2.  The case was dismissed without confirmation, 10/24/2008.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------

         Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00          .00          .00
PRINCIPAL PAID         .00         .00          .00          .00          .00
INTEREST PAID          .00         .00          .00          .00          .00
TOTAL PAID             .00         .00          .00          .00          .00
The Debtor's attorney, JEFFREY D THAV         , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




         Dated: 01/21/09            /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
    CASE NO. 08 B 25239 MANUEL R. MONREAL & LISA M. MONREAL
```